| PROB 35 (3/07) | **Report and Order Terminating Probation Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.   04-00021-001

IDA MARIE AFLLEJE

On August 4, 2004, the above named was placed on probation of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer


/s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:


/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:  Edward Lynch, SAUSA
   Federal Public Defender
   File

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00021-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| IDA MARE AFLLEJE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Probation**

      On August 4, 2004, Ida Marie Aflleje was sentenced by the Honorable John C. Coughenour, Designated Judge, District of Guam, for the offense of Theft of Government Money, in violation of 18 U.S.C. § 641.  She was sentenced to 36 months probation.

      In addition to the standard and mandatory conditions of supervised release, Ms. Aflleje was ordered to participate in a program approved by the U.S. Probation Office for substance abuse which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make restitution in the amount of $410.23 to the Naval Exchange Guam; not incur new credit charges or open additional lines of credit without approval of the probation officer unless she is in compliance with the restitution payment schedule; provide the probation officer access to any requested financial information and pay a special assessment fee of $100.

      Ms. Aflleje  satisfied the special assessment fee on September 3, 2004, and on December 2, 2004, she paid the restitution obligation in full.  She also completed the one year substance abuse testing and treatment program on May 24, 2005, and submitted to DNA collection on April 12, 2005 as instructed.

SPECIFIC REPORT
Request for Early Termination from Probation
Re: AFLLEJE, Ida Marie
USDC Cr. Cs. No. 04-00021-001
June 19, 2007
Page - 2 -

Ms. Aflleje has shown stable community reintegration in that she is gainfully employed, lives in a stable residence, and has had no recent record of arrests or convictions. In addition, there has been no evidence of alcohol or drug abuse during the term of supervision, and there are no identifiable risks to the safety of any individual or to the public. Ms. Afllejehas been in full compliance with all of the conditions of her release.

Ms. Aflleje has requested that she be considered for early termination. Her term of probation will expire in two months.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Aflleje's full compliance with her conditions of probation, and is in the interest of justice.

RESPECTFULLY submitted this 19th day of June 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File