| PROB 35 (3/07) | **Report and Order Terminating Probation** |
| | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

    v.          CRIMINAL CASE NO.   04-00021-001

    IDA MARIE AFLLEJE

On August 4, 2004, the above named was placed on probation of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that probationer be discharged from supervision.

                                Respectfully submitted,

                                FRANK MICHAEL CRUZ
                                Chief U.S. Probation Officer



                                /s/ GRACE D. FLORES
                                U.S. Probation Officer

Reviewed by:



/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Edward Lynch, SAUSA
       Federal Public Defender
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged and that the proceedings in the case be terminated.



                                /s/ Frances M. Tydingco-Gatewood
                                    Chief Judge
                                Dated: Jun 20, 2007